**Order entered February 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01533-CR

### JOSE CASAREZ JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-52871-K**

## ORDER

The Court **REINSTATES** the appeal.

On February 13, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. On February 14, 2013, appellant filed a motion to dismiss this appeal. Therefore, we conclude findings are no longer necessary and **VACATE** the February 13, 2013 order requiring findings.

We will dispose of the motion to dismiss in due course.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE